UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED IN OPEN COURT
ON 6-15-05
Fred L. Borch III, Clerk
US District Court
Eastern District of NC

NO. 5:05-CR-166-1BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | I N D I C T M E N T |
| ) | |
| CHARLES ROBERT BAREFOOT, JR. ) | |

The Grand Jury charges:

### COUNT ONE

Beginning at a time unknown to the Grand Jury, and continuing until on or about June 12, 2002, in the Eastern District of North Carolina, the defendant, CHARLES ROBERT BAREFOOT, JR., knowingly stored explosive material in a manner not in conformity with regulations promulgated by the Secretary of the Treasury pursuant to Title 18, United States Code, Section 842(j), in that he stored explosive material, specifically, a binary explosive mixture, in a freezer at his residence at 570 Mamie Road, Benson, North Carolina, such freezer and residence not conforming to the requirements for storage of explosive materials, in violation of Title 18, United States Code, Sections 842(j) and 844(b), and Title 27, Code of Federal Regulations, Subpart K.

### COUNT TWO

On or about June 12, 2002, in the Eastern District of North Carolina, the defendant, CHARLES ROBERT BAREFOOT, JR., knowingly distributed explosive materials, specifically, a binary explosive

mixture, to an individual who was then under twenty-one years of age, in violation of Title 18, United States Code, Sections 842(d)(1) and 844(a).

FRANK D. WHITNEY
United States Attorney

BY: ERIC D. GOULIAN
Assistant United States Attorney

2

I certify the foregoing to be a true and correct copy of the original.
Fred L. Borch III, Clerk
United States District Court
Eastern District of North Carolina
By: _____ Deputy Clerk