IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:05-CR-166-BO (1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHARLES ROBERT BAREFOOT, JR. | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Motion for Reconsideration of this Court's Order on Defendant's Motion to Suppress [DE 243]. In light of the Government's response [DE 253] stating that it will not use the statements at issue at trial, Defendant's Motion for Reconsideration is DENIED AS MOOT.

SO ORDERED, this 2 day of April, 2012.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE