

FILED

SEP 2 4 2012

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:05-CR-166-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHARLES ROBERT BAREFOOT, JR. | ) | |

For good cause shown, the United States' Motion in Limine to Exclude Expert Evidence of Defendant's Mental Condition, and the United States' Motion to Quash Subpoena of Dr. Ralph Newman, are hereby GRANTED.

SO ORDERED.

This the 23 day of September, 2012.

TERRENCE W. BOYLE
United States District Judge