UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NUMBER: 5:05-CR-166-1BO

FILED
SEP 2 5 2012
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____DEP CLK

United States of America
vs.                                                         ORDER
Charles Robert Barefoot, Jr.

IT IS HEREBY ORDERED that the following Government Exhibit(s) be returned to <u>Agent Steve Babits</u> with ATF and remain in his custody through the time of sentencing and any proceeding on appeal or review.

<u>Govt's Exhibit(s): # 30 - Norinco Mac 90</u>
<u>Govt's Exhibit(s): # 31 - Smith & Wesson .357</u>
<u>Govt's Exhibit(s): # 32 - Ruger .22</u>
<u>Govt's Exhibit(s): # 33 - Black Cobary 11</u>

This <u>25th</u> day of September, 2012 - Exhibit received by:

_Stephen Babits_
Print name

_[signature]_
Sign name

September <u>25th</u>, 2012


_[signature]_
TERRENCE W. BOYLE, US District Judge