UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:05-CR-166-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHARLES ROBERT BAREFOOT, JR. | ) | |

For good cause shown, the United States' Motion to Modify Order Regarding Firearm Evidence is hereby GRANTED. The Court's order of September 25, 2012 (DE 318) is hereby MODIFIED to permit the return of stolen firearms, Government's Exhibits 30, 31 and 32, to the victim. The government shall file with the Court photographs of these firearms, which shall be substituted in the record for the original evidence.

SO ORDERED.

This the __3__ day of October, 2012.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　TERRENCE W. BOYLE
　　　　　　　　　　　　　　　　　　　　United States District Judge