IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:05-CR-166-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHARLES ROBERT BAREFOOT, JR. | ) ) | |

This cause comes before the Court following remand from the court of appeals. By opinion filed July 7, 2015, the United States Court of Appeals for the Fourth Circuit vacated this Court's order denying defendant's motion to compel his former counsel to mail him his case files. Mandate issued on July 29, 2015.

Pursuant to the mandate of the court of appeals, defendant's motion to compel [DE 362] is GRANTED and defendant's former counsel is DIRECTED to mail defendant the case files to which he is entitled. The Clerk of Court is DIRECTED to serve a copy of this order on defendant's former counsel, Joseph Zeszotarski.

SO ORDERED, this ___ day of August, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE