IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:05-CR-166-BO-1
5:15-CV-596-BO-1

| | |
|---|---|
| CHARLES ROBERT BAREFOOT, JR., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA. ) | |
| Defendant. ) | |
| ) | |

This matter comes before the Court from a letter from a Mr. Gary Cates, who informs the Court that he has been retained to represent Mr. Barefoot. The Court notes that nothing in the correspondence indicates Mr. Cates is an attorney. If he is, he must enter a notice of appearance as required by local rules. Local Civil Rule 5.2—U.S. District Court for the Eastern District of North Carolina ("Counsel shall file a Notice of Appearance with the clerk and serve opposing counsel. The Notice of Appearance should contain the attorney's name, the name of the attorney's law firm, street address, phone number, email address, and state bar number..."). Moreover, as it appears Mr. Cates works in Colorado, he will also need to associate with local counsel. Local Civil Rule 83.1(f)—U.S. District Court for the Eastern District of North Carolina. If Mr. Cates is not an attorney, he may not represent Mr. Barefoot. *See id.*

Mr. Cates has fourteen days from the date of this Order to enter a notice of appearance.

SO ORDERED, this ⧸⧸ day of January, 2016.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE