IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:05-CR-166-BO-1
5:15-CV-596-BO-1

| | | |
|---|---|---|
| CHARLES ROBERT BAREFOOT, JR., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA. | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court from an *ex parte* response from a Mr. Gary Cates in response to this Court's order of January 21, 2016. In the previous order, the Court directed Mr. Cates to enter a notice of appearance if he is an attorney. In response, Mr. Cates sent an *ex parte* communication to the Court. [DE 429].

The Clerk is now DIRECTED to provide a copy of this *ex parte* response to the government.

SO ORDERED, this __16__ day of February, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE