IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:05-CR-166-BO
No. 5:15-CV-596-BO

| | |
|---|---|
| CHARLES ROBERT BAREFOOT, JR., )<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>Respondent. ) | ORDER |

This cause comes before the Court on petitioner's motion for this Court to grant permission to petitioner to appeal this request. [DE 464]. Specifically, petitioner moves the Court to grant and issue a second or successive 28 U.S.C. § 2255(h) for the appeals court to determine the outcome of the appeal. *Id.* Insofar as petitioner is seeking authorization to file a second or successive motion under 28 U.S.C. § 2255, petitioner must seek such authorization not in this Court but in the court of appeals. 28 U.S.C. § 2255(h). Insofar as petitioner requests a certificate of appealability to appeal this Court's July 20, 2017, order [DE 462] and amended judgment [DE 463], the Court has previously denied a certificate of appealability and petitioner has presented the Court with no grounds upon which to reconsider that determination.

Accordingly, petitioner's motion to grant permission to petitioner to appeal [DE 464] is DENIED.

SO ORDERED, this __13__ day of September, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE